# Court of Appeals
# of the State of Georgia

ATLANTA,  June 01, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1261. AUDREY SULLIVAN v. JAY MORRISON.**

In this domestic relations case, Audrey Sullivan filed the instant direct appeal from the trial court's order directing her to provide discovery responses and to pay attorney fees. However, because Sullivan's underlying petition for modification of child support remains pending below, she was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the order. See OCGA § 5-6-34 (b); *Johnson & Johnson v. Kaufman*, 226 Ga. App. 77, 78 (485 SE2d 525) (1997); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Sullivan's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.[1] See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/01/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] We note that even if the case were final, orders in domestic relations cases are subject to the discretionary appeal procedures. See OCGA § 5-6-35 (a) (2).